# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0671

VERSUS

THEIRING J. CHARLES

OCTOBER 5, 2021

---

In Re:   Theiring J. Charles, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 97-145900.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT APPLICATION DISMISSED.**   We are advised by the district court that relator is deceased.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT